UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Susie Escobedo,<br><br>      Plaintiff,<br> v.<br><br>Wells Fargo Bank, N.A.,<br><br>      Defendant. | Civil Action No.: 7:15-cv-00312 |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 21, 2016

                Respectfully submitted,

                By:  __/s/ Jenny DeFrancisco_____

                Jenny DeFrancisco, Esq.
                CT Bar No.: 432383
                LEMBERG LAW LLC
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile: (203) 653-3424
                E-mail: jdefrancisco@lemberglaw.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 21, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By __/s/ Jenny DeFrancisco_____

              Jenny DeFrancisco